17676.   NELSON v. THE STATE.

BROYLES, C. J.   The evidence authorized the verdict, and, under all the particular facts of the case, none of the grounds of the motion for a new trial show cause for a reversal of the judgment below.

*Judgment affirmed.   Luke, J., concurs.   Bloodworth, J., absent on account of illness.*

DECIDED DECEMBER 14, 1926.

Possessing intoxicating liquor; from city court of Greenville—Judge Revill.   September 3, 1926.

N. F. Culpepper, for plaintiff in error.

J. F. Hatchett, solicitor, contra.

Criminal Law, 16 C. J. p. 1180, n. 74; 17 C. J. p. 252, n. 16.

---

17679.   SASSENE v. CITY OF ATLANTA.

Sanction of the certiorari was properly refused because of noncompliance with the statutory requirements as to verification and bond or affidavit in forma pauperis.

DECIDED DECEMBER 14, 1926.

Petition for certiorari; from Fulton superior court—Judge Pomeroy.   September 4, 1926.

A. S. Johnson, for plaintiff in error.

J. L. Mayson, C. S. Winn, contra.

LUKE, J.   Cora Sassene, having been convicted in the recorder's court of the City of Atlanta for a violation of a city ordinance, presented to the judge of the superior court a petition for writ of certiorari.   The judge properly refused to sanction the writ, for the reason that the petition did not comply with the statutory requirements of law in the matter of verification and giving bond or filing a pauper's affidavit.   We say that, in addition to the reasons given by the judge for not sanctioning the petition for certiorari, the petition did not set out a single meritorious reason why the conviction of petitioner in the recorder's court should be set aside.

*Judgment affirmed.   Broyles, C. J., concurs.   Bloodworth, J., absent on account of illness.*

Criminal Law, 17 C. J. p. 98, n. 92; p. 100, n. 23.